# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:14-cr-00071-APG-CWH-1 |
| BARRY LAWRENCE SPELL, | ) | |
| Defendant. | ) | **ORDER** |

This matter is before the Court on the Federal Public Defender's Motion to Withdraw as Counsel (#15), filed March 31, 2014. The undersigned has reviewed the motion and finds there is good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that the Federal Public Defender's Motion to Withdraw as Counsel (#15) is **granted**.

**IT IS FURTHER ORDERED** that, pursuant to 18 U.S.C. § 3006A, CJA panel attorney Daniel Albregts is appointed as counsel for Defendant Barry Lawrence Spell in place of the Federal Public Defender for all future proceedings. The Federal Public Defender shall forward the file to Mr. Albreghts forthwith.

DATED: April 3, 2014.

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE