UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARRY LAWRENCE SPELL,<br><br>　　　　Defendant. | Case No. 2:14-cr-00071-APG-EJY<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on December 16, 2024 at the hour of 3:30 p.m., be vacated and continued to January 6, 2025, at the hour of 1:00 p.m., the Courtroom is to be determined.

　　DATED this 13th day of December, 2024.

_____
UNITED STATES MAGISTRATE JUDGE